Decided December 10, 2001

## THOMAS J. NIEHAUS *v.* COWLES BUSINESS MEDIA, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 66 Conn. App. 314 (AC 20660), is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal on the ground that the plaintiff had not provided an adequate record for review?"

ZARELLA, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16644.

*Thomas E. Minogue, Jr.*, in support of the petition.

Decided December 10, 2001